UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Steven Jones Deneen, | ) | Civil Action No. 5:18-cv-00668-DCC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On March 9, 2018, Plaintiff, appearing through counsel, filed this action appealing his denial of social security benefits. Defendant filed an answer and copy of the administrative record on July 11, 2018. ECF Nos. 9, 10. Plaintiff's brief in support of her appeal was due by August 10, 2018. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 9. On July 24, 2018, Plaintiff sought and received an extension, making his brief due September 10, 2018. ECF Nos. 12, 13. To date, however, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding the extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **October 2, 2018**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 18, 2018  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge